## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF TENNESSEE

In re:
**KENNETH EARLE JOHNSON**
**xxx-xx-3730**                                                    **Bkr. No. 3:16-bk-03432**
**PO Box 210802**                                                  **Chapter 13**
**Nashville TN 37221**                                             **Judge Marian F. Harrison**
              **Debtor.**

---

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: October 28, 2017**
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: November 8, 2017 at 8:30 a.m. in Courtroom 1 , Customs House, 701 Broadway, Nashville, Tennessee 37201**

---

### NOTICE OF MOTION TO SUSPEND PAYMENTS AND REFUND FUNDS TO DEBTOR

Debtors have asked the court for the following relief: suspend payments temporarily and refund funds to debtor.

**YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion, or if you want the court to consider your views on the motion, then on or before **October 28, 2017**, you or your attorney must:

1.     File with the court your written response or objection explaining your position.PLEASE NOTE: THE BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE REQUIRES ELECTRONIC  FILING. ANY RESPONSE OR OBJECTION YOU WISH TO FILE MUST BE SUBMITTED ELECTRONICALLY.  TO FILE ELECTRONICALLY, YOU OR YOUR ATTORNEY MUST GO TO THE COURT WEBSITE AND FOLLOW THE INSTRUCTIONS AT:  **<https://ecf.tnmb.uscourts.gov>** .

       If you need assistance with Electronic  Filing you may call the Bankruptcy Court at (615) 736-5584.  You may also visit the Bankruptcy Court in person at:  701 Broadway, 1st Floor, Nashville, TN (Monday - Friday, 8:00 A.M. - 4:00 p.m.

2.     **Your response must state that the deadline for filing responses is October 28, 2017, the date of the scheduled hearing is November 8, 2017 and the motion to which you are responding is Motion to Suspend Payments and Refund Funds to Debtor.**  If you want a file stamped copy returned, you must include an extra copy and a self-addressed, stamped envelope.

3.     You must also mail a copy of your response to:
       Rabin Nimmo, Esq Attorney for Debtor 6920 Harpeth Glen Trace Nashville, TN  37221
       United States Trustee 701 Broadway Rm 318 Nashville, TN  37201
       Chapter 13 Trustee PO Box 190664 Nashville, TN  37219
       KENNETH EARLE JOHNSON, PO Box 210802 Nashville TN 37221

       If a timely response is filed, the hearing will be held at the time and place indicated above. ***THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.*** You may check whether a timely response has been filed by calling the Clerk's office at 615-736-5584 or viewing the case on the Court's web site at <www.tnmb.uscourts.gov>.

       If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

                                   **Respectfully submitted:**

                                   **/s/ Rabin P. Nimmo**

                                   _____
                                   **RABIN P. NIMMO**
                                   Attorney for Debtor
                                   6920 Harpeth Glen Trace
                                   Nashville, TN   37221
                                   (615) 244-2244
                                   rabinnimmo@nimmolaw.com

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF TENNESSEE

In re:
**KENNETH EARLE JOHNSON**
xxx-xx-3730                                                    **Bkr. No. 3:16-bk-03432**
PO Box 210802                                                 **Chapter 13**
Nashville TN 37221                                            **Judge Marian F. Harrison**
       **Debtor.**

## MOTION TO SUSPEND PAYMENTS AND REFUND FUNDS TO DEBTOR

Comes the debtor by and through counsel and hereby moves the Court to suspend bankruptcy plan payments during the months of October, November, and December 2017, with payments to resume January 2018. All funds received and/or held by the Trustee during the suspension period shall be refunded to debtor, except those funds necessary to pay any ongoing child support claim. Disbursements on all other claims shall cease during the suspension period. Once payments resume, debtor's payments will remain unchanged. The impact of this plan on secured creditors is to delay payments for three (3) month. All other plan terms will remain unchanged.

As grounds, the debtor would show unto the Court that he has been diagnosed with an enlarged prostate that has required two medical procedures and will require two more medical procedures in November and December. As a result of his illness, debtor has been unable to work regularly. Furthermore, even though debtor had health insurance coverage, his medical expenses have been unusually high due to the portion of the medical costs that have been his responsibility. For these reasons, debtor is temporarily unable to afford his monthly plan payments, and needs all of his reduced income to cover his increased medical expenses. Debtor will not be able to resume those payments until January 2018.

This case was confirmed on August 17, 2016. The deadlines to file proof of claims have passed. Scheduled claims, proofs of which are not filed, or which claims are disallowed are subject to being discharged if the debtor completes the plan, except as specifically provided by law.

WHEREFORE, the Debtor requests that this motion be granted.

**Respectfully submitted:**

**/s/ Rabin P. Nimmo**

_____
**RABIN P. NIMMO**
Attorney for Debtor
6920 Harpeth Glen Trace

Nashville, TN 37221
(615) 244-2244
(615) 256-4322 Facsimile
rabinnimmo@nimmolaw.com

## CERTIFICATE OF SERVICE

     I do hereby certify that true and exact copies of the attached documents have been placed in the United States Mail with sufficient postage and properly addressed to all parties on the attached matrix on October 7, 2017. A total of **51** copies of this document were mailed.

**Respectfully submitted,**

/s/ Rabin P. Nimmo

**RABIN P. NIMMO**

Auto Market, Inc.	277 White Bridge Rd.	Nashville, TN 37209-3253
PRA Receivables Management, LLC	POB 41067	NORFOLK, VA 23541-1067
World acceptance corporation	Attn: Bankruptcy Processing Center	PO Box 6429	Greenville, SC 29606-6429
AT&T	Attn.: Officer, Manager or Agent	PO Box 105503	Atlanta GA 30348-5503
Ace Payday Loan	Attn.: Officer, Manager or Agent	5513 Charlotte Pk	Nashville TN 37209-3210
Advance America	Attn.: Officer, Manager or Agent	3736 Annex Ave Ste 102 Nashville TN 37209-4375
Anesthesia Medical Group PC	c/o NAB	PO Box 198988	Nashville TN 37219-8988
Auto Market	Attn.: Officer, Manager or Agent	277 White Bridge Pk	Nashville TN 37209-3253
Bordeaux Long Term Care	c/o Robinson Reagan & Young	446 James Robertson Pkwy #200	Nashville TN 37219-1533
Capital One Attn.: Officer, Manager or Agent	PO Box 70886	Charlotte NC 28272-0886
Care Credit Medical	c/o Synchrony Bank	PO Box 960061	Orlando FL 32896-0061
Cash Express, LLC	345 South Jefferson Avenue, Suite 300	Cookeville, TN 38501-3456
Cash Net USA	Attn.: Officer, Manager or Agent	175 W Jackson Blvd Ste 1000	Chicago, IL 60604-2863
Cashville	Attn.: Officer, Manager or Agent	236 5th Ave N	Nashville TN 37219-1909
Check Into Cash	PO Box 550	Cleveland, TN 37364-0550
Citizens Savings and Loan	Attn.: Officer, Manager or Agent	113 Murfreesboro Rd Ste 112	Franklin TN 37064
Credit One Bank	Attn.: Officer, Manager or Agent	PO Box 60500	City of Industry CA 91716-0500
Davidson County Gen Sess Ct Clerk	Attn.: Officer, Manager or Agent	PO Box 196300	Nashville TN 37219-6300
Doral Homeowners Association	c/o Robert Young Esq	4800 Charlotte Ave	Nashville TN 37209-3412
Dream Team Oral Surg & Implant Spc Grp	Attn.: Officer, Manager or Agent	1829 Jo Johnston Ave	Nashville TN 37203-2870
EMERGENCY MEDICAL CONSULT MR	C/O FOX COLLECTION CENTER	PO BOX 528	GOODLETSVILLE, TN 37070-0528
Easy Money/Buckeye Finance	Attn.: Officer, Manager or Agent	350 White Bridge Rd	Nashville TN 37209-3227
Evergreen Cash Advance Attn.: Officer, Manager or Agent	406 W Thompson Ln	Nashville TN 37211-2213
First Premier Bank	c/o CCB Credit Services Inc	PO Box 272	Springfield IL 62705-0272
Gary J Smith MD PC	7640 Hwy 70 S Ste 201	Nashville TN 37221-1758
Guardian Eye Associates Attn.: Officer, Manager or Agent	4306 Harding Rd Ste 300	Nashville TN 37205-2286
HARPETH VALLEY UTILITIES DISTRICT	5838 RIVER RD	NASHVILLE TN 37209-5605
Harpeth Financial Services, LLC	c/o Glen Watson, Attorney	P.O. Box 121950	Nashville, TN 37212-1950
InSolve Auto Funding, LLC, c/o Capital Recov	Dept 3403	PO Box 123403	Dallas, TX 75312-3403
Internal Revenue Service Centralized Insolvency Operations	PO Box 7346	Philadelphia PA 19101-7346
Iroquois Apartments	c/o Rent Recovery Solutions	1945 The Exchange SE #120	Atlanta GA 30339-2062
LVNV Funding, LLC its successors and assigns	assignee of FNBM, LLC	Resurgent Capital Services	PO Box 10587	Greenville, SC 29603-0587
MIDLAND FUNDING LLC	PO Box 2011	Warren, MI 48090-2011
NES	Attn.: Officer, Manager, or Agent	1214 Church Street	Nashville TN 37246-0001
Nash Adjust Bureau	Attn.: Officer, Manager or Agent	PO Box 198988	Nashville TN 37219-8988
PIEDMONT NATURAL GAS	ATTN CBO BANKRUPTCY	4339 SOUTH TRYON ST	CHARLOTTE NC 28217-1733
PORTFOLIO RECOVERY ASSOCIATES LLC	PO BOX 41067	NORFOLK VA 23541-1067	preferred
Publix PB123	c/o DiMark Incorporated	PO Box 161697	Altamonte Springs FL 32716-1697
Quantum3 Group LLC as agent for	PO Box 788	Kirkland, WA 98083-0788
SFC Central Bankruptcy	PO Box 1893	Spartanburg, SC 29304-1893
Speedy/Rapid Cash	P.O. Box 780408	Wichita, KS 67278-0408
SPRINGLEAF FINANCIAL SERVICES	P O BOX 3251	EVANSVILLE IN 47731-3251
Springleaf Financial Svcs Attn.: Officer, Manager or Agent	7078 Charlotte Pk Ste 13 Nashville TN 37209-4210
St Thomas Health	c/o Rev-1 Solutions LLC 517 US Hwy 31N	Greenwood IN 46142-3932
Synergy Real Estate Group	c/o Dick Krebbs	179 Belle Forest Circle Ste 302	Nashville TN 37221-2111
Tennessee Quick Cash, Inc.	799 West Main Street	Hendersonville, TN 37075-2157
Tennessee Title Loans, Inc.	Attn.: Officer, Manager or Agent	5800 Charlotte Pk	Nashville TN 37209-3102
TMX FINANCE LLC FORMERLY TITLEMAX	15 BULL STREET	SUITE 200 SAVANNAH GA 31401-2686
US BANK	PO BOX 5229	CINCINNATI OH 45201-5229
Urology Associates PC	Attn.: Officer, Manager or Agent	720 Cool Springs Blvd Ste 500	Franklin TN 37067-7259
KENNETH EARLE JOHNSON	PO Box 210802	Nashville, TN 37221-0802

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

**In re:**
**KENNETH EARLE JOHNSON**
xxx-xx-3730                                                        Bkr. No. 3:16-bk-03432
PO Box 210802                                                     Chapter 13
Nashville TN 37221                                                Judge Marian F. Harrison
          **Debtor.**

**ORDER GRANTING MOTION TO SUSPEND PAYMENTS AND REFUND FUNDS TO DEBTOR**

It appearing that 21 days have passed, and no objection to debtor's motion to suspend

payments and refund funds to the debtor having been filed, this motion should be granted;

It is therefore ORDERED that debtor's bankruptcy payments are suspended during the

months of October, November, and December 2017.  Payments shall resume beginning January 2018.   All

funds received and/or held by the Trustee during the suspension period shall be refunded to debtor, except

those funds necessary to pay any ongoing child support claim.  Disbursements on all other claims shall cease

during the suspension period.  All other plan terms shall remain unchanged.

**This order was signed and entered electronically as indicated at the top of the first page.**

Approved for entry:

/s/ Rabin P. Nimmo

_____

**RABIN P. NIMMO**
Attorney for Debtor
6920 Harpeth Glen Trace
Nashville, TN 37221
615-244-2244
615-256-4322 (fax)
rabinnimmo@nimmolaw.com